Commonwealth ex rel. Conyers, Appellant, *v.* Banmiller.

Submitted September 15, 1960. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, WATKINS, and MONTGOMERY, JJ.

*Willie Conyers,* appellant, in propria persona.

*Domenick Vitullo,* Assistant District Attorney, *Paul M. Chalfin,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, November 16, 1960:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge WATERS, as reported in 22 Pa. D. & C. 2d 331.